# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABULLAH, | Case No. |
| Plaintiff, | 2:10 CV 00982 WBS-EFB |
| vs. | **ORDER TO VACATE ENTRY OF DEFAULT** |
| CAPTIAL ONE BANK, (USA) N.A., LEGAL RECOVERY LAW OFFICES INC., | |
| Defendant. | |

IT IS HEREBY ORDERED: Pursuant to the stipulation of the parties, the Clerk's Entry of Default entered as to Defendant LEGAL RECOVERY LAW OFFICES, INC. on or about July 23, 2010 is hereby vacated and Defendant LEGAL RECOVERY LAW OFFICES, INC. shall file an Answer within (4) four business days from the date of this ORDER.

DATED: August 3, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE