# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**ALI ABULLAH,**                          ) Case No. 2:10-CV-00982-WBS-EFB
                                          )
Plaintiff,                                )
                                          ) **ORDER**
                                          )
    vs.                 )
                                          )
                                          )
**CAPITAL ONE BANK, (USA) N.A.**          )
**AND LEGAL RECOVERY LAW**                )
**OFFICES, INC.,**                        )
                                          )
Defendants.                               )

_____

    IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

                                    Dated this 1stday of November, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE